No. 96–706. BANKNOTE CORPORATION OF AMERICA, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 96–708. GREENE COUNTY BANK *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 8th Cir. Certiorari denied.

No. 96–721. DOE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–725. TRIDENT SEAFOODS CORP. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–737. JOHN LABATT LTD. ET AL. *v.* ANHEUSER-BUSCH, INC. C. A. 8th Cir. Certiorari denied.

No. 96–741. FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY *v.* DEPARTMENT OF LABOR. C. A. 11th Cir. Certiorari denied.

No. 96–770. ACURA OF BELLEVUE ET AL. *v.* REICH, SECRETARY OF LABOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–782. ESTATE OF COLE, BY ITS ADMINISTRATRIX, PARDUE, ET AL. *v.* BUTLER. C. A. 7th Cir. Certiorari denied.

No. 96–785. MOORE *v.* JACOBS. Ct. App. Miss. Certiorari denied.

No. 96–786. UNITED STATES EX REL. VIRANI *v.* HALL & PHILLIPS; and

No. 96–787. JERRY M. LEWIS TRUCK PARTS & EQUIPMENT, INC., ET AL. *v.* HALL & PHILLIPS ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 89 F. 3d 574.

No. 96–789. WSB ELECTRIC, INC., ET AL. *v.* CURRY, CALIFORNIA LABOR COMMISSIONER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–791. DAVIS *v.* WONDERLAND GREYHOUND PARK, INC., ET AL. C. A. 1st Cir. Certiorari denied.